IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| JESUS SOBERAL | : | CIVIL ACTION |
|     Plaintiff, | : | |
|     v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| ET AL | : | |
|     Defendants. | : | NO. 13-5886 |

## O R D E R

**AND NOW, TO WIT:** this 23rd day of January, 2014, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; hence, the Final Pretrial Conference scheduled for February 1, 2013 at 2:00 p.m. is cancelled.

                                                  **MICHAEL E. KUNZ**, Clerk of Court


                                                  <u>S/Rose A. Barber</u>
                                                  Rose A. Barber
                                                  Deputy Clerk to
                                                  Judge Gene E.K. Pratter

Copies forwarded by ECF to:
Alann E. Denenberg
Dimitrios Mavroudis